Frederick S. DEJOHN, Defendant Below, Appellant,

v.

State of DELAWARE, Plaintiff Below, Appellee.

No. 605, 2016

Supreme Court of Delaware.

Submitted: March 28, 2017

Decided: May 10, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0107018127

DENIED. GRANTED. AFFIRMED.

■

Datwan LUM, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 462, 2016

Supreme Court of Delaware.

Submitted: April 12, 2017

Decided: May 16, 2017

Court Below: Superior Court of the State of Delaware, ID Nos. 1408022140; 1408022157A; and 1408022157B

AFFIRMED.

■

John D. WILLIAMS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 551, 2016

Supreme Court of Delaware.

Submitted: May 10, 2017

Decided: June 20, 2017

Court Below—Superior Court of the State of Delaware, ID No. 1512015721A (N)

AFFIRMED.

■

Alex Gavin CHAMBERS [1], Respondent Below, Appellant,

v.

DIVISION OF FAMILY SERVICES AND OFFICE OF CHILD ADVOCATE, Petitioner Below, Appellee.

Oriana Paris Flynn [1], Respondent Below, Appellant,

v.

Division of Family Services and Office of Child Advocate, Petitioner Below, Appellee.

No. 506, 2016
No. 507, 2016

Supreme Court of Delaware.

Submitted: June 7, 2017

Decided: June 21, 2017

Court Below—Family Court of the State of Delaware, File No.: 16–01–01TS, Petition No.: 16–01637

AFFIRMED.

1. The Court previously assigned pseudonyms    to the parties under Supreme Court Rule 7(d).